# EXHIBIT(S) or PSI RETURN FORM

Date: <u>April 14, 2021</u>

Style: <u>Joe Lee James v. State</u>

Cause No(s): <u>1610475R</u>

Appeal No(s): <u>02-19-427-CR</u>

I have received the following exhibit(s) or PSI from the Second Court of Appeals:

Exhibit(s) Description: <u>State's Exhibit 19 (CD – 7/Eleven Surveillance) &</u>

<u>State's Exhibit 25 (CD – 7/Eleven Surveillance)</u>

Received By: _____ Dept: _4-14-21 – Dist. Clerk_
(SIGN)

_Justin Davis_ Date Rec'd: _4-14-21_
(PRINT)

Note: Please sign and return this form to Clerk, Second Court of Appeals, Tim Curry Criminal Justice Center, 401 W. Belknap, Suite 9000, Fort Worth, Texas, 76196-0211.